IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CAROLYN S. PROFFITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-CV-97 |
| | ) |
| GROUP LONG TERM DISABILITY | ) |
| PLAN FOR FAMILY PRACTICE | ) |
| CENTER and HARTFORD LIFE | ) |
| GROUP INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order:

The counter-claim filed by defendant Hartford Life Group Insurance Company [doc. 36] is **GRANTED**. Judgment is entered in the amount of $23,646 plus interest from the date of plaintiff's receipt of Social Security disability benefits.

"Defendant's Motion for Judgment on the Record" [doc. 28] and "Plaintiff's Motion for Judgment on Administrative Record" [doc. 31] are both **DENIED WITH LEAVE TO RENEW**.

Plaintiff's claim is **REMANDED** to the plan administrator. The court retains jurisdiction, and this civil action is **STAYED** pending the further review and ultimate decision by defendant Hartford Life Group Insurance Company.

On or before May 1, 2008, each party shall submit a **WRITTEN REPORT** informing the court of the **STATUS** of this case.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan<br>United States District Judge